1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN THOMS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO., an Illinois Corporation; and Does 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO.  2:08-cv-01649-JAM-DAD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT WALGREEN CO.'S MOTION TO DISMISS PLAINTIFF NATHAN THOMS' FIRST AMENDED COMPLAINT** |

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

LAS99 1699629-1.007341.0046

PDF created with pdfFactory trial version www.pdffactory.com

1    On September 3, 2008, the Motion of defendant Walgreen Co. to dismiss the

2  First Amended Complaint of plaintiff Nathan Thoms ("Motion"), pursuant to

3  Federal Rule of Civil Procedure 12(b)(6), came on regularly for hearing.  Plaintiff

4  Nathan Thoms ("Plaintiff") appeared through his counsel of record James M.

5  Lindsay of Lindsay & Stonebarger.  Defendant Walgreen Co. appeared through its

6  counsel of record Francisca M. Mok of McDermott Will & Emery LLP.  The Court,

7  having considered the Motion and all papers in support of and in opposition thereto,

8  including the parties' requests for judicial notice and any opposition thereto, and

9  having heard oral argument of counsel and good cause appearing therefore:

10    IT IS HEREBY ORDERED that:

11    1.    The Motion to Dismiss Plaintiff's First Cause of Action for violations

12  of California Civil Code section 1747.08 is DENIED.  The Court finds that a zip

13  code constitutes "personal identification information" under the plain language of

14  that term's definition, set forth in California Civil Code section 1747.08(b).

15    2.    The Motion to Dismiss Plaintiff's Second Cause of Action for

16  violations of California Business & Professions Code section 17200 *et seq.*

17  ("UCL") is GRANTED with prejudice.  The Court finds that Plaintiff has failed to

18  plead that he "has lost money or property" as a result of the alleged conduct, as

19  required by California Business & Professions Code section 17204.  *Buckland v.*

20  *Threshold Enterprises Ltd.*, 155 Cal. App. 4th 798, 817 (2004) (to state a claim

21  under the UCL a plaintiff must allege a "loss[ ] of money or property that [is]

22  eligible for restitution.").  Plaintiff cannot cure this deficiency by amendment.

23    3.    The Motion to Dismiss Plaintiff's Third Cause of Action for invasion

24  of a privacy interest protected by the California Constitution is DENIED.  Plaintiff

25  has sufficiently pled each of the elements required to state a claim, *i.e.*, (1) a

26  legally-protected privacy interest; (2) Plaintiff's reasonable expectation of privacy;

27  and (3) a serious invasion of the privacy interest.  *Hill v. National Collegiate*

28  *Athletic Ass'n*, 7 Cal. 4th 1, 35-37 (1994).

LAS99 1699629-1.007341.0046

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

---

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT WALGREEN CO.'S MOTION
TO DISMISS PLAINTIFF NATHAN THOMS' FIRST AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

4.      Defendant Walgreen Co.'s request for judicial notice of legislative history related to California Civil Code section 1747.08 is DENIED as moot. Walgreen Co.'s request that the Court take judicial notice of information from the United States Census of 2000 regarding the population and number of housing units in zip codes 95814 and 95823 at the time of that census is DENIED as moot.

5.      Plaintiff's request for judicial notice of certain California trial court orders and other materials is DENIED, except that the Court does take judicial notice of the fact that some California Superior Courts have previously considered whether a zip code constitutes "personal identification information" for purposes of California Civil Code section 1747.08.

IT IS SO ORDERED.

Dated:  September 15, 2008          /s/ John A. Mendez
                                   Honorable John A. Mendez
                                   United States District Judge

SUBMITTED BY:

**McDERMOTT WILL & EMERY LLP**
FRANCISCA M. MOK

By: /s/ Francisca M. Mok
     FRANCISCA M. MOK
     Attorneys for Defendant
     WALGREEN CO.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT WALGREEN CO.'S MOTION
TO DISMISS PLAINTIFF NATHAN THOMS' FIRST AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com