UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN THOMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:08-cv-01649-JAM-DAD<br><br>**SCHEDULING ORDER** |

LAS99 1702823-2.007341.0046

**[PROPOSED] SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

The Court, having considered the Federal Rule of Civil Procedure 26(f) Joint Status Report and Discovery Plan filed by plaintiff Nathan Thoms and defendant Walgreen Co. on September 15, 2008, and agreeing with defendant Walgreen Co.'s positions set forth therein to the extent the parties positions and/or proposed schedule diverge, and good cause appearing therefore:

It is HEREBY ORDERED that:

1. Discovery on class and merits issues shall be bifurcated, with merits discovery commencing only upon entry of an order on plaintiff's class certification motion.

2. In the event of any motions for summary judgment and/or summary adjudication, a briefing schedule of at least 21 days to oppose any such motion and 10 days to prepare reply papers shall apply, as previously stipulated by the parties.

3. The following schedule and deadlines are hereby set:

| | |
|---|---|
| Initial disclosures on class issues exchanged by: | November 19, 2008 |
| Plaintiff to complete class discovery and file class certification motion by: | February 10, 2009 |
| Defendant to complete class discovery and file any class certification opposition by: | March 3, 2009 |
| Plaintiff to file any class certification reply by: | March 13, 2009 |
| Hearing on motion for class certification: | April 8, 2009 at 9:00 a.m. |
| Merits discovery to commence: | Upon entry of order on Class Cert. Motion |
| Initial disclosures on merits issues exchanged by: | April 29, 2009 |
| Cut-off for joinder of additional parties and amendment of pleadings: | June 5, 2009 |
| Fact discovery to be completed by: | October 2, 2009 |

LAS99 1702823-2.007341.0046

**[PROPOSED] SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

Case 2:08-cv-01649-JAM-DAD    Document 29    Filed 11/05/08    Page 3 of 4

| | |
|---|---|
| Initial Expert Exchange: | October 16, 2009 |
| Rebuttal Expert Exchange: | November 13, 2009 |
| Expert discovery to be completed by: | December 15, 2009 |
| Last day for serving motions (other than Motions in Limine): | January 6, 2010 |
| **Hearing date for motions: February 3, 2010 at 9:00 a.m.** | |
| Last day for parties to submit Joint Pretrial Statement to Court: | March 9, 2010 |
| Final Pre-trial Conference: | March 19, 2010 at 2:00 p.m. |
| Trial: | April 5, 2010 at 9:00 a.m. |

IT IS SO ORDERED.

Dated:    November 5, 2008        /s/ John A. Mendez
                                  Honorable John A. Mendez
                                  United States District Judge

APPROVED AS TO FORM:

**McDERMOTT WILL & EMERY LLP**
FRANCISCA M. MOK


By:  /s/ Francisca M. Mok
    FRANCISCA M. MOK
    Attorneys for Defendant
     WALGREEN CO.

LAS99 1702823-2.007341.0046            -2-

**[PROPOSED] SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

1  **LINDSAY & STONEBARGER**
   JAMES M. LINDSAY
2
3
   By: /s/ James M. Lindsay
4       JAMES M. LINDSAY
        Attorneys for Plaintiff
5       **NATHAN THOMS**

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

LAS99 1702823-2.007341.0046                    -3-

**[PROPOSED] SCHEDULING ORDER**

PDF created with pdfFactory trial version www.pdffactory.com