1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN THOMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  2:08-cv-01649-JAM-DAD<br><br>ORDER |

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court, having considered the Stipulation To Vacate Class Certification Hearing
2  Date and Related Deadlines of plaintiff Nathan Thoms and defendant Walgreen Co. and
3  good cause appearing therefore:

4  It is HEREBY ORDERED that:

5  1.  The following scheduled dates and deadlines are hereby vacated.

7  Plaintiff to complete class discovery and file
8  class certification motion by:                          February 10, 2009
9  Defendant to complete class discovery and file
10 any class certification opposition by:                  March 3, 2009
11 Plaintiff to file any class certification reply by:     March 13, 2009
12 Hearing on motion for class certification:              April 8, 2009 at 9:00 a.m.

14 2.  The above-referenced dates are subject to being re-set as appropriate by the
15 Court, following rulings on Walgreen Co.'s motion for summary judgment (set for
16 hearing on March 25, 2009 at 9:00 a.m.) and motion for protective order (set for hearing
17 on March 27, 2009 at 10:00 a.m.).

19 IT IS SO ORDERED.

22 Dated:   February 2, 2009        /s/ John A. Mendez
                                    Honorable John A. Mendez
                                    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com