McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

NATHAN THOMS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

WALGREEN CO., an Illinois Corporation; and Does 1 through 50, inclusive,

Defendants.

CASE NO. 2:08-cv-01649-JAM-DAD

**ORDER GRANTING DEFENDANT WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

On March 25, 2009, the Motion of defendant Walgreen Co. for Summary Judgment or, Alternatively, for Summary Adjudication Against Plaintiff Nathan Thoms, addressing Thoms' first cause of action for violation of California Civil Code section 1747.08 and third cause of action for invasion of privacy rights under the California Constitution (the second cause of action having been previously dismissed with prejudice following a motion to dismiss brought by Walgreen Co. pursuant to Federal Rule of Civil Procedure 12(b)(6)) came on regularly for hearing before this Court. Plaintiff Nathan Thoms appeared through his counsel of record James M. Lindsay of Lindsay & Stonebarger. Defendant Walgreen Co. appeared through its counsel of record Francisca M. Mok of McDermott Will & Emery LLP.

After considering the papers submitted in support of and in opposition to the Motion, the pleadings and records on file in this action, the evidence presented, oral proceedings, and all other matter properly before the Court, IT IS HEREBY ORDERED THAT defendant Walgreen Co.'s motion for summary judgment is granted.

Dated: April 8, 2009

/s/ John A. Mendez
Honorable John A. Mendez
United States District Judge

AGREED AS TO FORM:

**McDERMOTT WILL & EMERY LLP**
FRANCISCA M. MOK

By: /s/ Francisca M. Mok
FRANCISCA M. MOK
Attorneys for Defendant
WALGREEN CO.

PDF created with pdfFactory trial version www.pdffactory.com

**LINDSAY & STONEBARGER**
JAMES M. LINDSAY

By: /s/ James M. Lindsay
JAMES M. LINDSAY
Attorneys for Plaintiff
NATHAN THOMS

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

LAS99 1725843-1.007341.0046

-2-

ORDER GRANTING DEFENDANT WALGREEN CO.'S MOTION FOR SUMMARY JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com