MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATHAN THOMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation; and Does 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:08-cv-01649-JAM-DAD<br><br>**JUDGMENT** |

LAS99 1725866-1.007341.0045

**JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com

1  This action came on for hearing before this Court on March 25, 2009, the
2  Honorable John A. Mendez, United States District Judge presiding, on the Motion
3  of defendant Walgreen Co. for Summary Judgment or, Alternatively, for Summary
4  Adjudication Against Plaintiff Nathan Thoms.
5  After considering the papers submitted in support of and in opposition to the
6  Motion, the pleadings and records on file in this action, the evidence presented, oral
7  proceedings, and all other matter properly before the Court,
8  IT IS ORDERED AND ADJUDGED that the plaintiff Nathan Thoms take
9  nothing, that the action be dismissed on the merits and that the defendant Walgreen
10  Co. recover its costs.

Dated:   April 8, 2009           /s/ John A. Mendez
                                  Honorable John A. Mendez
                                  United States District Judge

AGREED AS TO FORM:

**McDERMOTT WILL & EMERY LLP**
FRANCISCA M. MOK


By:  /s/ Francisca M. Mok
     FRANCISCA M. MOK
     Attorneys for Defendant
        WALGREEN CO.

**LINDSAY & STONEBARGER**
JAMES M. LINDSAY


By:  /s/ James M. Lindsay
     JAMES M. LINDSAY
     Attorneys for Plaintiff
        NATHAN THOMS

LAS99 1725866-1.007341.0045

**JUDGMENT**

PDF created with pdfFactory trial version www.pdffactory.com